# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES CHRISTOPHE MCFARLEY, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-532-TFM-MU |
| TEDDY JONES, *et al.*, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE